IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JASON JANKUSKI, BROOKE McKINNEY and ALTON MORRIS, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Case No. 1:12-cv-4549 (JURY TRIAL DEMANDED) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HEATH CONSULTANTS, INC., GRAHAM MIDGLEY and GARY LAPE | ) ) ) | |
| Defendants. | ) | |

**TABLE OF CONTENTS**

Affidavit of Mark Huber ................................................................................................. Exhibit 1

Work from Home Policy ................................................................................................. Exhibit 2

Affidavit of Riccardo Moran ........................................................................................... Exhibit 3

Affidavit of Mark Baresel ............................................................................................... Exhibit 4

Declaration of James Merriweather ................................................................................ Exhibit 5

Declaration of Tyrell Passmore ....................................................................................... Exhibit 6

Declaration of Robert Huyer ........................................................................................... Exhibit 7

Employer's Tax Guide to Fringe Benefits, 2012 ............................................................ Exhibit 8

Unreported Cases ............................................................................................................ Exhibit 9